**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SANDRA GRIFFIN | ) | CIVIL ACTION NO. |
|    Plaintiff | ) | 3:10-CV-01716-(SRU) |
| | ) | |
| v. | ) | |
| | ) | |
| STONELEIGH RECOVERY ASSOCIATES, | ) | |
| LLC & JOHN DOE a/k/a SAM WALSH, | ) | |
|    Defendants | ) | AUGUST 4, 2011 |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Sandra Griffin,

through her attorney, and the defendant, Stoneleigh Recovery Associates, LLC, through

its attorney, hereby stipulate that the claims of the above-entitled action shall be

dismissed with prejudice, and without costs or attorney's fees, as to all defendants.

Plaintiff, Sandra Griffin

By: /s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel:  (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

Defendant, Stoneleigh Recovery Associates,
LLC


By: <u>Jonathan D. Elliot</u>
Jonathan D. Elliot (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard, Suite 500
Bridgeport, CT  06604
Tel:  (203) 333-9441
Fax: (203) 333-1489
jelliot@znclaw.com



## **CERTIFICATION**

I hereby certify that on this 4th day of August, 2011, a copy of foregoing
Stipulation of Dismissal was filed electronically and served by mail on anyone
unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all
parties by operation of the Court's electronic filing system or by mail to anyone
unable to accept electronic filing as indicated on the Notice of Electronic Filing.
Parties may access this filing through the Court's CM/ECF System.


<u>/s/Daniel S. Blinn</u>
Daniel S. Blinn